**2006–0829. Ohio Partners for Affordable Energy v. Pub. Util. Comm.**

Public Utilities Commission, No. 05–792–EL–ATA. On motion to consolidate this cause with 2006–0646, *Ohio Consumers' Counsel v. Pub. Util. Comm.*, Public Utilities Commission, No. 05–792–EL–ATA, and motion to extend stay of briefing in case No. 2006–0646 to this cause. Motions granted.

PFEIFER, J., dissents.

**2006–0841. Bowling Green v. Chasteen.**

Wood App. No. WD–05–079. On review of order certifying a conflict. The court determines that a conflict exists. Sua sponte, cause held for the decision in 2005–1363 and 2005–1560, *Bowling Green v. Godwin*, Wood App. No. WD–04–094, 2005-Ohio-3204; cause consolidated with 2006–0780, *Bowling Green v. Chasteen*, Wood App. No. WD–05–079; and briefing schedule stayed.

**2006–0963. State v. Cobb.**

Cuyahoga App. No. 87436. On motion for leave to file delayed appeal. Motion denied.

**2006–0976. State v. Gonzales.**

Cuyahoga App. No. 87412. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents.

**2006–0981. State v. Neeley.**

Montgomery App. No. 20842, 2006-Ohio-418. On motion for leave to file delayed appeal. Motion denied.

PFEIFER and O'DONNELL, JJ., dissent.

**2006–0986. State v. Simms.**

Athens App. No. 05CA10, 165 Ohio App.3d 83, 2005-Ohio-5681. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents.

**2006–1015. State v. Tyson.**

Allen App. Nos. 1–04–38 and 1–04–39, 2005-Ohio-1082. On motion for leave to file delayed appeal. Motion denied.

**2006–1021. State v. Thompson.**

Allen App. No. 1–05–34, 2006-Ohio-2004. On motion for stay of execution of mandate. Motion denied.

## APPEALS ACCEPTED FOR REVIEW

**2006–0617. Bickers v. W. S. Life Ins. Co., Inc.**

Hamilton App. No. C–040342, 2006-Ohio-572. Discretionary appeal accepted; cause held for the decision in 2004–1739, *Sidenstricker v. Miller Pavement Maintenance, Inc.*, Franklin App. No. 03AP–827, 2004-Ohio-4653; and briefing schedule stayed.

RESNICK and PFEIFER, JJ., dissent.

**2006–0657. State v. Consilio.**

Summit App. No. 22761, 2006-Ohio-649.

PFEIFER, J., dissents.

**2006–0703. Hall v. Banc One Mgt. Corp.**

Franklin App. No. 04AP–905, 2006-Ohio-913.

RESNICK, O'CONNOR and O'DONNELL, JJ., dissent.